UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 16-CR-10215-RWZ-1

UNITED STATES OF AMERICA

v.

LUIS LOPEZ

ORDER

September 8, 2020

ZOBEL, S.D.J.

On January 31, 2017, defendant was sentenced to imprisonment for 180 months followed by five years of supervised release. He moves for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), arguing that circulatory problems in his legs and a surgery for a herniated disk make him vulnerable to COVID-19.

A movant for compassionate release must demonstrate "extraordinary and compelling reasons" for a sentence reduction. See 18 U.S.C. § 3582(c)(1)(A). FCI Danbury, where defendant is incarcerated, reports no positive cases of COVID-19 at this time. Moreover, even if defendant's statements about his medical conditions are accurate, he does not adequately show that circulatory issues or a prior surgery would make him particularly susceptible to serious complications were he to contract the disease.

The Motion for Medical Records (Docket # 293) is DENIED.  The Emergency Motion for Compassionate Release (Docket # 294) is DENIED.

_September 8, 2020_  
DATE

_/s/ Rya W. Zobel_  
RYA W. ZOBEL  
UNITED STATES DISTRICT JUDGE